OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
12/11/2014 PRIVATE USE

02 1R $ 00.26⁵
0006557458 DEC 16 2014
MAILED FROM ZIP CODE 78701

GRASMAN, DAVID WAYNE    Tr. Ct. No. 03-168-K277A    WR-82,567-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DAVID WAYNE GRASMAN
- TDC # 1904902

RTS
RLSD